ACCEPTED
15-25-00046-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/18/2025 12:21 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00046-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/18/2025 12:21:04 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AT AUSTIN, TEXAS**

**1100 REBA MCENTIRE, LLC,
TOPHILL, LLC,
FOREST BEND, LLC,
LAKE POINT ASSISTED LIVING, LLC,
LAKE POINT HEALTHCARE HOLDINGS, LLC,
LAKE POINT HEALTHCARE, LP,
LUCKY CONSULTING, LLC,
RETIREMENT HOLDINGS, LP,
SILVERLEAF ASSISTED LIVING, LLC, and
DANIEL C. BLACKBURN**
*Appellants*

v.

**AMERICAN BANK, N.A.**
*Appellee*

On Appeal from the 95th District Court,
Dallas County, Texas
Cause No. DC-24-12269

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION TO
FILE APPELLANTS' BRIEF**

To the Honorable Court of Appeals:

Appellants 1100 REBA MCENTIRE, LLC, TOPHILL, LLC, FOREST BEND,

LLC, LAKE POINT ASSISTED LIVING, LLC, LAKE POINT HEALTHCARE HOLDINGS, LLC, LAKE POINT HEALTHCARE, LP, LUCKY CONSULTING, LLC, RETIREMENT HOLDINGS, LP, SILVERLEAF ASSISTED LIVING, LLC, and DANIEL C. BLACKBURN, file this Unopposed Motion for Extension, asking for an extension of **31 days**, to May 19, 2025, to file their Appellants Brief. Appellant would respectfully show this Court the following:

## BACKGROUND

Appellants filed their notice of appeal on March 5, 2025. The Clerk's Record was filed on March 19, 2925, and no reporter's record was filed as this is an appeal of a Summary Judgment Motion. Appellant's Brief is currently due on April 18, 2025. Appellant now asks for a thirty-one-day extension, or until Monday May 19, 2025, to file their brief.

## REQUESTED EXTENSION

This is Appellant's first request for an extension of time for this filing. The undersigned counsel is responsible for preparing Appellants' Brief and requires additional time to complete the review of the appellate record and to prepare the brief. Additionally, this extension is necessary due to other issues and events as follows:

Appellants' attorney, Robert W. Buchholz, who is a solo practitioner had a medical emergency on March 10, 2025, which resulted in an emergency surgery

on the same day. That resulted in a second much more extensive surgery on March 11, 2025. Although Mr. Buchholz returned to his office on March 24th, he was unable to return to a full schedule until March 31st.

This medical issue resulted in two emergency continuances being granted in two jury trials and numerous other extensions of discovery matters that became due during this period of time.

Because of these and other day-to-day client matters and catching up on matters that fell behind, Appellants require additional time to prepare Appellants' Brief.

This request is not sought for purposes of delay, but so that Appellants' brief and the issues to be addressed therein may be clearly and concisely presented to this Court and so that justice may be served.

### CERTIFICATE OF CONFERENCE

Counsel sent an email to Appellee's counsel regarding this Motion. He responded that he was unopposed to a continuance until May 19, 2025.

### PRAYER

For these reasons, Appellants respectfully request that this Court grant this motion, permitting Appellant to extend the time to file their Brief by 31 days, making the brief due on Monday May 19, 2025, and for such other and further relief to which she may be justly or equitably entitled.

Respectfully submitted,

*Robert W. Buchholz*
State Bar No. 03290600
bob@attorneybob.com
**THE LAW OFFICE OF ROBERT W. BUCHHOLZ, PC**
5220 Spring Valley Road, Suite 618
Dallas, Texas 75254
Phone: 214-754-5500
Fax: 214-754-9100

*Counsel for Appellants*

### CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true copy of the above and foregoing was served on all attorneys of record via electronic service on this 18th day of April 2025.

　*/s/ Robert W. Buchholz*
Robert W. Buchholz

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Robert Buchholz on behalf of Robert Buchholz
Bar No. 03290600
bob@attorneybob.com
Envelope ID: 99840081
Filing Code Description: Motion
Filing Description: Appellants Unopposed Motion for Extension to File Appellants Brief
Status as of 4/18/2025 1:07 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert WBuchholz | | bob@attorneybob.com | 4/18/2025 12:21:04 PM | SENT |
| Law Office of Robert W. Buchholz, PC | | john@attorneybob.com | 4/18/2025 12:21:04 PM | SENT |
| Todd Hoodenpyle | 798265 | hoodenpyle@singerlevick.com | 4/18/2025 12:21:04 PM | SENT |
| Teresa Guillory | | tguillory@singerlevick.com | 4/18/2025 12:21:04 PM | SENT |